AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br><br>Phu Nguyen<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

    25-mj-7058

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 27, 2025 _____ in the county of _____ Camden _____ in the

_____ District of _____ New Jersey _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2133(a), (d) | Armed Bank Robbery<br><br>See Attachment A |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

*Michael Manning*
_____
*Complainant's signature*

TFO Michael Manning, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __9/19/2025__

City and state: _____ Camden, New Jersey _____

_____
*Judge's signature*

Hon. Elizabeth A. Pascal,  USMJ
_____
*Printed name and title*

# CONTENTS APPROVED

# UNITED STATES ATTORNEY

*Joseph McFarlane*

By:

JOSEPH MCFARLANE
Assistant U.S. Attorney

Date: September 16, 2025

## ATTACHMENT A

On or about June 27, 2025, in the District of New Jersey, and elsewhere, defendant

PHU NGUYEN

did knowingly, by force, violence, and intimidation, take from the person and presence of employees of Bank-1, located in or around Voorhees, New Jersey, approximately $1,760 in money belonging to, and in the care, custody, control, management, and possession of Bank-1, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and in committing such offense, did knowingly assault a person and put in jeopardy the life of a person by the use of a dangerous weapon and device, that is, a firearm.

In violation of Title 18, United States Code, Sections 2113(a) and (d).

## ATTACHMENT B

### AFFIDAVIT

I, Michael Manning, a Task Force Officer ("TFO") with the Federal Bureau of Investigation ("FBI"), have knowledge of the following facts based on my own investigation and upon conversations with other individuals involved in this investigation. I have not included all of the facts known to me in this affidavit, just those facts which I believe necessary to establish probable cause. Where I assert that an event occurred on a particular date, I am asserting the event occurred on or about the date alleged. Where the contents of statements and conversations of others are set forth in this Affidavit, they are set forth in substance and in part, except where otherwise indicated:

1. On June 27, 2025, at approximately 11:40 a.m., an Asian male wearing all black clothing and a facemask, later identified as defendant PHU NGUYEN, entered Bank-1, located in Voorhees, New Jersey.

2. An assistant manager of Bank-1 told NGUYEN to remove the mask. He did not. NGUYEN then approached the teller line and handed a demand note to the teller. The demand note stated "This is a robbery. Give me all 100's, $50,000, I have a gun."

3. Upon reading the demand note, the bank teller opened her cash drawer and gave NGUYEN money from her drawer. It was later determined that NGUYEN took $1,760 in United States currency. NGUYEN then began walking towards the assistant manager and told her to open another cash drawer. NGUYEN lifted his shirt and displayed a black handgun in NGUYEN's waistband.

4. The assistant manager told NGUYEN there were no other cash drawers and NGUYEN then exited Bank-1.

5.    Law enforcement officers reviewed video footage from nearby Bank-1 and identified a white Audi that was believed to be used in the robbery.  The vehicle was registered in Colorado to NGUYEN.

6.    Law enforcement officers subsequently arrested NGUYEN and searched the white Audi.  Inside the vehicle was the clothing worn by NGUYEN during the robbery and a black Springfield Hellcat pistol bearing serial number BA537579.

7.    Law enforcement also searched NGUYEN's cell phone and found that NGUYEN had made web searches regarding bank robberies and had used Apple Maps to get directions to a location nearby Bank-1.

8.    At all times relevant to this complaint, the deposits of Bank-1 were insured by the Federal Deposit Insurance Corporation.

*Michael Manning*

_____
MICHAEL MANNING
Task Force Officer, FBI

Pursuant to Fed. R. Crim. P. 4.1, TFO Manning was sworn and attested to the contents of this affidavit in support of the complaint and arrest warrant for Defendant Phu Nguyen.

_____
HON. ELIZABETH A. PASCAL
United States Magistrate Judge

Date: September 20, 2025